In the Matter of VIRGINIA KOTARY, Respondent, v HENRY LAVARNWAY, Appellant. (Appeal No. 2.) [765 NYS2d 540] —Appeal from an order of Family Court, Oneida County (Cook, J.), entered February 26, 2002, which denied respondent's motion to dismiss the petition based on lack of subject matter jurisdiction.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Family Court, Oneida County, Cook, J. Present—Pigott, Jr., P.J., Hurlbutt, Gorski and Lawton, JJ.